without prejudice for lack of jurisdiction, and July 17, 2001, denying the motion to amend judgment, be affirmed substantially for the reasons stated in the memorandum opinions accompanying those orders.

The Clerk is directed to withhold issuance of the mandate herein until seven days after disposition of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.

determined that the issues presented occasion no need for an opinion. *See* Fed. R.App. P. 36; D.C.Cir. Rule 36(b). It is

**ORDERED AND ADJUDGED** that the district court's order filed July 23, 2001, be affirmed substantially for the reasons stated in the memorandum accompanying the order.

The Clerk is directed to withhold issuance of the mandate herein until seven days after disposition of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.

**Brenda Veronica WILSON, Appellant,**

v.

**DEPARTMENT OF DEFENSE,
et al., Appellees.**

No. 01–5273.

United States Court of Appeals,
District of Columbia Circuit.

Jan. 2, 2002.

Before GINSBURG, Chief Judge;
EDWARDS, and SENTELLE, Circuit Judges.

*JUDGMENT*

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. The court has

**John SHTINO, Appellant,**

v.

**George W. BUSH, President,
et al., Appellees.**

No. 01–5235.

United States Court of Appeals,
District of Columbia Circuit.

Jan. 3, 2002.

Before GINSBURG, Chief Judge;
EDWARDS, and SENTELLE, Circuit Judges.